# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| **NADIA ROBERTS,** an individual, | * * * |
| PLAINTIFF, | * * |
| v. | * * Case No. 3:24-CV-01035-HZ |
| **CNJ, LLC,** a limited liability company, | * * * |
| | * **STIPULATED DISMISSAL** |
| DEFENDANT. | * * * |

Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, Plaintiff hereby notifies the Court that the parties stipulate to, and request that the Court enter, an order of dismissal of this action with prejudice and without an award of attorneys' fees and costs to either party.

IT IS SO STIPULATED this  August 27, 2024.

/s/ Jessica Molligan                                 /s/ Troy Sextron
Jessica Molligan, OSB #001823          Troy Sexton, OSB #115184
Attorney for Plaintiff                              Attorney for Defendant
Email: jessicamolligan@comcast.net     Email: troy@elevatelawpdx.com